United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-13953-mdc
Kristina A. DiCampello                                                Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Aug 29, 2019
                        Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
14175927       The Bank of New York Mellon Trust Company, Et.al.,    OCWEN LOAN SERVICING, LLC,    Attn: Bankruptcy Department,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ Inventory Trust bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
      DAVID B. SPITOFSKY    on behalf of Debtor Kristina A. DiCampello spitofskybk@verizon.net,    spitofskylaw@verizon.net
      JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com
      JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Melon Trust Company, National Association Et Al paeb@fedphe.com
      KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ Inventory Trust bkgroup@kmllawgroup.com
      MARIO J. HANYON    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, ET. AL. paeb@fedphe.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, ET. AL. paeb@fedphe.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Melon Trust Company, National Association Et Al paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,    philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-13953-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Kristina A. DiCampello
837 N. Adams Street
Pottstown PA 19464

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/21/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: The Bank of New York Mellon Trust Company, Et.al, OCWEN LOAN SERVICING, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 | U.S. Bank National Association as Trustee for NRZ Inventory Trust C/O Nationstar Mortgage LLC d/b/a Mr. Cooper P.O. Box 619094 Dallas, TX 75261-9741 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/31/19

Tim McGrath
**CLERK OF THE COURT**