United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-13953-mdc
Kristina A. DiCampello                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Linda              Page 1 of 1              Date Rcvd: Nov 20, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
db            +Kristina A. DiCampello,   837 N. Adams Street,   Pottstown, PA 19464-4340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2019 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
               Inventory Trust bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              DAVID B. SPITOFSKY    on behalf of Debtor Kristina A. DiCampello spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Melon Trust Company, National
               Association Et Al paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
               Inventory Trust bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, ET. AL.
               paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
               Inventory Trust bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, ET.
               AL. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Melon Trust Company,
               National Association Et Al paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kristina A. DiCampello<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association as Trustee for NRZ Inventory Trust<br>　　　　　　　　Movant<br>　　vs. | NO. 18-13953 MDC |
| Kristina A. DiCampello<br>　　　　　　　　Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Michael R. DiCampello<br>　　　　　　　　Co-Debtor | |
| William C. Miller Esq.<br>　　　　　　　　Trustee | |

## ORDER

AND NOW, this 19th day of November, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code, is modified with respect to the subject premises located at 837 North Adams Street, Pottstown, PA 19464 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge

Kristina A. DiCampello
837 North Adams Street
Pottstown, PA 19464

Michael R. DiCampello
837 North Adams Street
Pottstown, PA 19464


David B. Spitofsky Esq.
516 Swede Street (VIA ECF)
Norristown, PA 19401

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532