```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 18-13953-mdc
Kristina A. DiCampello                                              Chapter 13
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0313-2           User: Antoinett              Page 1 of 2             Date Rcvd: Dec 05, 2019
                               Form ID: pdf900              Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.
```
db             +Kristina A. DiCampello,    837 N. Adams Street,    Pottstown, PA 19464-4340
14122213        Credit First Natl. Assn.,    P.O. Box 81315,    Cleveland, OH 44181-0315
14122208       +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
                 Norristown, PA 19401-4807
14122214        I.C. Systems Collections,    P.O. Box 64378,    Saint Paul, MN 55164-0378
14122215       +LVNV Funding LLC,    c/o Resurgent Capital Services, LP,    P.O. Box 10674,
                 Greenville, SC 29603-0674
14122217       +Michael R. DiCampello,    837 N. Adams Street,    Pottstown, PA 19464-4340
14314499       +Nationstar Mortgage, LLC,    c/o Kevin G. McDonald, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14122221       +Stern & Eisenberg, LLP,    1581 Main Street,    Suite 200,    Warrington, PA 18976-3403
14175927        The Bank of New York Mellon Trust Company, Et.al,    OCWEN LOAN SERVICING, LLC,
                 Attn: Bankruptcy Department,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
14377200       +U.S. Bank National Association as Trustee for,    NRZ Inventory Trust C/O,
                 Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 06 2019 03:16:35      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 06 2019 03:16:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 06 2019 03:16:33      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 06 2019 03:24:20
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14122211        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 06 2019 03:24:09
                 Capital One Auto Finance,    P.O. Box 260848,    Plano, TX 75026-0848
14161704       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 06 2019 03:24:21
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
14124205       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 06 2019 03:24:08
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14122212        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 06 2019 03:23:53
                 Capital One Bank USA, N.A.,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
14122210       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 06 2019 03:16:26      Frederic J. Baker, Esquire,
                 Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
14170730        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2019 03:24:22
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14177369        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2019 03:23:55
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14170731        E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 06 2019 03:23:54      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14122216        E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 06 2019 03:23:55      Merrick Bank,
                 P.O. Box 9201,    Old Bethpage, NY 11804-9001
14122218       +Fax: 407-737-5634 Dec 06 2019 03:21:31      Ocwen Loan Servicing, LLC,    1661 Worthington Road,
                 Suite 100,    West Palm Beach, FL 33409-6493
14122219        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 06 2019 03:24:08
                 Portfolio Recovery Associates,    120 Corporate Blvd., Ste. 100,    Norfolk, VA 23502
14122220       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Dec 06 2019 03:16:48
                 Receivables Management Partners,    P.O. Box 349,    Greensburg, IN 47240-0349
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14122209*      +Kristina A. DiCampello,    837 N. Adams Street,    Pottstown, PA 19464-4340
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                   Date Rcvd: Dec 05, 2019
                               Form ID: pdf900              Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2019 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
               Inventory Trust bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              DAVID B. SPITOFSKY    on behalf of Debtor Kristina A. DiCampello spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Melon Trust Company, National
               Association Et Al paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
               Inventory Trust bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, ET. AL.
               paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
               Inventory Trust bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Melon Trust Company,
               National Association Et Al paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, ET.
               AL. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 12
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> KRISTINA A DICAMPELLO | Chapter 13 |
| Debtor | Bankruptcy No. 18-13953-MDC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

December 5, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Debtor:
KRISTINA A DICAMPELLO

837 N ADAMS STREET

POTTSTOWN, PA 19464